UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JONATHAN WERNER, et al.,　　　　　　　　　　　　　　　　　　　　　　Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. 3:15-cv-847-DJH

PORTFOLIO RECOVERY ASSOCIATES,
LLC,　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant.

\* \* \* \* \*

### ORDER

Plaintiffs having filed a notice of voluntary dismissal with prejudice (Docket No. 5), no answer or motion for summary judgment having been filed by Defendant Portfolio Recovery Associates, LLC, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.